IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEASHTANI SAPP,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1687

Opinion filed June 7, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Keashtani Sapp, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order rendered on or about January 26, 2016, denying petitioner's motion for postconviction relief in Escambia County Circuit Court case numbers 2013-CF-000483 and 2013-CF-006200, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.